FILED
U.S. DISTRICT COURT
SAV. DIV.
2009 OCT -7 PM 2:42
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. CR408-313 |
| ) | |
| KEISHA LASHEA JOHNSON, ) | |
| ) | |
| Defendant. ) | |

# O R D E R

Before the Court is the Government's Motion for Order of Forfeiture. (Doc. 29.) As it expressed at Defendant's sentencing hearing, the Court has reservations about sentencing Defendant to both make restitution to the victims and forfeit the wrongfully gained funds to the Government. In the Court's estimation, to do so would punish Defendant twice for the same offense. In addition, imposing both restitution and forfeiture will frustrate Defendant's ability to make restitution, thereby hampering the victims' ability to recover their lost funds. While the Court is cognizant that it lacks discretion in ordering restitution, see United States v. Gupta, 572 F.3d 878, 890-91 (11th Cir. 2009), it is unclear whether the Court can decline to grant the Government's request for forfeiture. Therefore, the Parties are **DIRECTED** to brief the issue of whether forfeiture is mandatory in this case. Each Party

shall submit its brief by **October 27, 2009**. The Court will **RESERVE** ruling on the Government's Motion until it has had the benefit of reviewing the Parties' briefs.

SO ORDERED this 7th day of October, 2009.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA